■ In the Matter of Frances Shapiro et al., Appellants, v. City of New York, Respondent.— In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal from an order of the Supreme Court, Kings

County, dated February 20, 1974, which denied their motion (1) to remove the action to that court, pursuant to CPLR 325 (subd. [b]), and (2) for leave to serve an amended complaint. Order reversed, with $20 costs and disbursements, and motion granted. The amended complaint must be served within 20 days after entry of the order to be made hereon. The factual showing by plaintiffs warrants a trial in the Supreme Court. Shapiro, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.